# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-01054-ADA <br><br> **JURY TRIAL DEMANDED** |

## ANSWER TO INDEPENDENT'S COUNTERCLAIMS

Plaintiff Textile Computer Systems, Inc. ("Textile") files this answer to the counterclaims of Defendant Independent Bank ("Independent"), based on its own knowledge as to itself and its own actions and based on information and belief as to all other matters, as follows. Any allegation not specifically admitted is denied:

### Nature of the Action

1. Admitted that Independent seeks a declaratory judgment with respect to the patentability, validity, and infringement of the asserted patents. Otherwise denied.

### Jurisdiction and Venue

2. Admitted that this Court has jurisdiction over Independent's Declaratory Judgment claims and subject matter jurisdiction. Admitted that Independent seeks a declaratory judgment with respect to the patentability, validity, and infringement of the asserted patents. Admitted that venue is proper in this District. Otherwise denied.

### The Parties

3. Admitted that Independent Bank is a Texas chartered bank with a place of business at 7777 Henneman Way, McKinney, TX 75070. Otherwise denied.

4.  Admitted that Textile is a corporation organized and existing under the laws of the State of Texas that, as of the time it filed its Original Complaint, maintained its principal place of business at 618 Bluff Trail, San Antonio, Texas 78216.  Otherwise denied.

**Alleged Acts Giving Rise to the Counterclaim**

5.  Admitted.

6.  Admitted that an actual controversy exists between Independent and Textile concerning patentability, validity, enforceability, and infringement.  Otherwise denied.

7.  Denied.

**COUNTERCLAIM COUNT I**

**(ALLEGED UNPATENTABILITY OF U.S. PATENT NO. 8,505,079)**

8.  Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-7 above.  Any allegation not specifically admitted is denied.

9.  Denied.

10. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning the patentability of U.S. Patent No. 8,505,079 ("the 079 Patent").  Otherwise denied.

11. Admitted that Independent seeks a declaratory judgment of unpatentability.  Otherwise denied.

**COUNTERCLAIM COUNT II**

**(ALLEGED INVALIDITY OF U.S. PATENT NO. 8,505,079)**

12. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-11 above.  Any allegation not specifically admitted is denied.

13. Denied.

14. Admitted that Independent seeks a declaratory judgment of invalidity. Otherwise denied.

## COUNTERCLAIM COUNT III

### (ALLEGED NON-INFRINGEMENT OF U.S. PATENT NO. 8,505,079)

15. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-14 above. Any allegation not specifically admitted is denied.

16. Denied.

17. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning infringement of the 079 Patent. Otherwise denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Admitted that Independent seeks a declaratory judgment of non-infringement. Otherwise denied.

## COUNTERCLAIM COUNT IV

### (ALLEGED UNPATENTABILITY OF U.S. PAT. NO. 8,533,802)

23. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-22 above. Any allegation not specifically admitted is denied.

24. Denied.

25. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning the patentability of U.S. Patent No. 8,533,802 ("the 802 Patent"). Otherwise denied.

26.   Admitted that Independent seeks a declaratory judgment of unpatentability. Otherwise denied.

## COUNTERCLAIM COUNT V

## (ALLEGED INVALIDITY OF U.S. PAT. NO. 8,533,802)

27.   Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-26 above.  Any allegation not specifically admitted is denied.

28.   Denied.

29.   Admitted that Independent seeks a declaratory judgment of invalidity.  Otherwise denied.

## COUNTERCLAIM COUNT VI

## (ALLEGED NON-INFRINGEMENT OF U.S. PAT. NO. 8,533,802)

30.   Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-29 above.  Any allegation not specifically admitted is denied.

31.   Denied.

32.   Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning infringement of the 802 Patent.  Otherwise denied.

33.   Denied.

34.   Denied.

35.   Denied.

36.   Denied.

37.   Admitted that Independent seeks a declaratory judgment of non-infringement. Otherwise denied.

## COUNTERCLAIM COUNT VII

### (ALLEGED UNPATENTABILITY OF U.S. PAT. NO. 9,584,499)

38. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-37 above. Any allegation not specifically admitted is denied.

39. Denied.

40. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning the patentability of U.S. Patent No. 9,584,499 ("the 499 Patent"). Otherwise denied.

41. Admitted that Independent seeks a declaratory judgment of unpatentability. Otherwise denied.

## COUNTERCLAIM COUNT VIII

### (ALLEGED INVALIDITY OF U.S. PAT. NO. 9,584,499)

42. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-41 above. Any allegation not specifically admitted is denied.

43. Denied.

44. Admitted that Independent seeks a declaratory judgment of invalidity. Otherwise denied.

## COUNTERCLAIM COUNT IX

### (ALLEGED NON-INFRINGEMENT OF U.S. PAT. NO. 9,584,499)

45. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-44 above. Any allegation not specifically admitted is denied.

46. Denied.

47. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning infringement of the 499 Patent. Otherwise denied.

48. Denied.

49. Denied.

50. Admitted that Independent seeks a declaratory judgment of non-infringement. Otherwise denied.

## COUNTERCLAIM COUNT X

### (ALLEGED UNPATENTABILITY OF U.S. PAT. NO. 10,148,659)

51. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-50 above. Any allegation not specifically admitted is denied.

52. Denied.

53. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning the patentability of U.S. Patent No. 10,148,659 ("the 659 Patent"). Otherwise denied.

54. Admitted that Independent seeks a declaratory judgment of unpatentability. Otherwise denied.

## COUNTERCLAIM COUNT XI

### (ALLEGED INVALIDITY OF U.S. PAT. NO. 10,148,659)

55. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-54 above. Any allegation not specifically admitted is denied.

56. Denied.

57. Admitted that Independent seeks a declaratory judgment of invalidity. Otherwise denied.

## COUNTERCLAIM COUNT XII

### (ALLEGED NON-INFRINGEMENT OF U.S. PAT. NO. 10,148,659)

58. Textile hereby repeats and re-alleges the admissions and denials contained in

paragraphs 1-57 above.  Any allegation not specifically admitted is denied.

59. Denied.

60. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning infringement of the 659 Patent.  Otherwise denied.

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Admitted that Independent seeks a declaratory judgment of non-infringement. Otherwise denied.

## COUNTERCLAIM COUNT XIII

### (ALLEGED UNPATENTABILITY OF U.S. PAT. NO. 10,560,454)

66. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-65 above.  Any allegation not specifically admitted is denied.

67. Denied.

68. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning the patentability of U.S. Patent No. 10,560,454 ("the 454 Patent").  Otherwise denied.

69. Admitted that Independent seeks a declaratory judgment of unpatentability. Otherwise denied.

## COUNTERCLAIM COUNT XIV

### (ALLEGED INVALIDITY OF U.S. PAT. NO. 10,560,454)

70. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-69 above.  Any allegation not specifically admitted is denied.

71. Denied.

72. Admitted that Independent seeks a declaratory judgment of invalidity.  Otherwise denied.

## COUNTERCLAIM COUNT XV

## (ALLEGED NON-INFRINGEMENT OF U.S. PAT. NO. 10,560,454)

73. Textile hereby repeats and re-alleges the admissions and denials contained in paragraphs 1-72 above.  Any allegation not specifically admitted is denied.

74. Denied.

75. Admitted that an actual controversy has arisen and now exists between Independent and Textile concerning infringement of the 454 Patent.  Otherwise denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Admitted that Independent seeks a declaratory judgment of non-infringement.  Otherwise denied.

## PRAYER FOR RELIEF

Textile denies that Independent is entitled to any of the relief for which it prays.

## JURY DEMAND

Textile demands a trial by jury on all issues so triable by right.

Dated: September 6, 2022               Respectfully submitted,

/s/ *Matthew J. Antonelli*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington

        Texas Bar No. 24057886
        zac@ahtlawfirm.com
        Larry D. Thompson, Jr.
        Texas Bar No. 24051428
        larry@ahtlawfirm.com
        Christopher Ryan Pinckney
        Texas Bar No. 24067819
        ryan@ahtlawfirm.com
        ANTONELLI, HARRINGTON
        & THOMPSON LLP
        4306 Yoakum Blvd., Ste. 450
        Houston, TX 77006
        (713) 581-3000

        Stafford Davis
        State Bar No. 24054605
        sdavis@stafforddavisfirm.com
        Catherine Bartles
        Texas Bar No. 24104849
        cbartles@stafforddavisfirm.com
        THE STAFFORD DAVIS FIRM
        815 South Independent Avenue
        Tyler, Texas 75701
        (903) 593-7000
        (903) 705-7369 fax

        *Attorneys for Textile Computer Systems, Inc.*