# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA |

## ORDER

This matter came before the Court upon the Joint Motion to Dismiss Independent filed by Defendant Independent Bank ("Independent") and Plaintiff Textile Computer Systems, Inc. ("Textile").  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Textile against Independent in this action that are licensed under one or more third party agreements including, but not limited to, any debit or credit cards issued, and/or transactions processed in whole or in part, by Fiserv, Inc., Fiserv Solutions, LLC, U.S. Bank National Association (d/b/a Elan Financial Services), U.S. Bancorp, and/or any of their respective affiliates, are hereby dismissed with prejudice.  It is further

**ORDERED** that all other claims asserted by Textile against Independent in this action, and all of Independent's claims, defenses, or counterclaims for relief against Textile are hereby dismissed without prejudice.  It is further

**ORDERED** that Textile and Independent shall bear their own costs, expenses and legal fees in this case.

**SO ORDERED** this 14th day of December, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE